IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

VIRGINIA COHICK                                                                 PLAINTIFF

      v.                                CIVIL NO. 11-3101

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                      DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, the Court hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice.  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 17th day of September, 2012.

                                                  /s/ *Erin L. Setser*
                                                 HON. ERIN L. SETSER
                                                 UNITED STATES MAGISTRATE JUDGE